NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TYRELL DESHAWN SANDERS,                )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D17-3231
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Lee
County; Thomas S. Reese, Senior Judge,
and Bruce E. Kyle, Judge.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, MORRIS, and SMITH, JJ., Concur.